

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2019

No. 04-19-00393-CV

**STATE FARM LLOYDS**,
Appellant

v.

Stephen A. **VEALE**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10370
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Amy Hinds' notification of late reporter's record is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk